In the Matter of AJAX TRUCKING COMPANY, INC., Appellant, against ROLLIN BROWNE et al., Constituting the Tax Commission of the State of New York, Respondents.

Argued October 15, 1948; decided November 24, 1948.

*Sidney Meyers* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs. A question under the Constitution of the United States was presented and necessarily passed upon. The appellant contended that the application of section 184 of article 9 of the Tax Law of the State of New York, as made in this case, is violative of section 8 of article I of the Constitution of the United States. This court held to the contrary. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.